# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RAMIREZ PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>    Respondent. | Case No. 1:18-cv-00954-JLT-HC<br><br>ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT [Doc. No. 10]<br><br>ORDER SUBSTITUTING SCOTT FRAUENHEIM AS RESPONDENT IN THIS MATTER |

    On July 5, 2018, Petitioner filed a federal petition for writ of habeas corpus. He named the People of the State of California as Respondent in this matter. On July 17, 2018, the Court advised Petitioner that he had failed to name a proper respondent. (Doc. 7.) Petitioner was granted leave to file a motion to amend to name a proper respondent.

    On August 2, 2018, Petitioner filed a motion to amend the petition to name Scott Frauenheim as Respondent in this matter. Petitioner has named the proper respondent since Scott Frauenheim is the warden at his institution and he has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

///
///
///
///

1

**ORDER**

Accordingly, Petitioner's motion to amend and name a proper respondent is GRANTED. Scott Frauenheim, Warden, is hereby SUBSTITUTED as Respondent in this matter.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **August 3, 2018** | **/s/ Jennifer L. Thurston**<br>UNITED STATES MAGISTRATE JUDGE |